THE STATE OF OHIO, APPELLANT, v. KING, APPELLEE.

[Cite as State v. King, 104 Ohio St.3d 262, 2004-Ohio-6403.]

(No. 2004–0183—Submitted October 13, 2004—Decided December 8, 2004.)

---

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded to the trial court for resentencing consistent with State v. Jordan, 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.